**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **DEBORAH CALDWELL** | § | |
| | § | |
| **V.** | § | Case No.  1:06-CV-154 |
| | § | |
| **ALLSTATE TEXAS LLOYDS,** | § | |
| **JOHN DENSFORD and THOMAS** | § | |
| **L. HARRINGTON** | § | |

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a Referral Order RC-72.1.  The court has received and considered the report of the United States magistrate judge, who recommends that the court enter final judgment pursuant to settlement upon receipt of closing papers from the parties.

The magistrate judge's report is hereby **ADOPTED**.  The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

 So **ORDERED** and **SIGNED** this **6**   day of **September, 2006.**

_____
Ron Clark, United States District Judge